



# MEMORANDUM OPINION

No. 04-10-00145-CR

Juan Benito **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR1495
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed: March 3, 2010

DISMISSED

      Juan Benito Trejo filed a notice of appeal seeking to appeal from a sentence imposed on January 5, 2009. The judgment was in accordance with Trejo's plea bargain agreement, and the record does not contain a trial court's certification showing Trejo has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH